Case 4:20-cv-00344   Document 53   Filed 04/09/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLEN MORRISON, Individually and for Others Similarly Situated, *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 4:20-cv-00344 |
| OMEGA PROJECT SOLUTIONS, INC. *Defendant*. | § § § | Jury Demanded |

### ORDER GRANTING AMENDED JOINT AND AGREED MOTION FOR APPROVAL OF CONFIDENTIAL AGREEMENT

Came on to be considered Plaintiff Allen Morrison, Opt-In Plaintiffs Richard Childs, Austin Cumin, Benny Garza, Ezekial Garza, Jason Herring, David Hubbard, Donald Keller, Laura Kindred, William Payne, Catherine Peddie, Lynwood Pickens, Gary W. Potts, Sr., Christopher Richardson, Matthew Sanchez, Cynthia Smith, Robert Suber, Liem Tran, and Daniel Walsh, and Defendant Omega Project Solutions, Inc.'s Amended Joint and Agreed Motion for Approval of Confidential Agreement ("Motion") and the Court, after considering said Motion as well as the pleadings on file herein, is of the opinion that said Motion is with merit and should be GRANTED. It is hereby

ORDERED that the Agreement as provided for in Exhibit A [Doc. 48] to the Joint and Agreed Motion to File Confidential Agreement Under Seal is APPROVED in its entirety as a fair and reasonable resolution of bona fide dispute under the Fair Labor Standards Act; It is further

ORDERED that this case is dismissed in its entirety with prejudice and Defendant Omega Project Solutions, Inc. is dismissed with prejudice.

Each party is to bear their own fees and costs.

Signed on the 9th day of April, 2021.

                                           UNITED STATES DISTRICT JUDGE
                                           VANESSA D. GILMORE

APPROVED AS TO FORM AND SUBSTANCE:

*/s/ Diana Pérez Gomez*
Diana Pérez Gomez
**COUNSEL FOR DEFENDANT**
**OMEGA PROJECT SOLUTIONS, INC.**


*/s/ Richard Schreiber\**
Richard Schreiber
*\*signed with permission*
**COUNSEL FOR PLAINTIFF ALLEN MORRISON**
**AND OPT-IN PLAINTIFFS**